SHAKED LAW GROUP, P.C.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

Clerk's Office
Filed Date: 2/28/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

                  Plaintiff,

- against -

SIPS BY, LLC,

                  Defendants.
-----------------------------------------------------------X

Case No.  1:22-cv-30-CBA-TAM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Sips By, LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
         February 25, 2022

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                          By: */s/Dan Shaked*
                              Dan Shaked, Esq.
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              e-mail: ShakedLawGroup@Gmail.com

So Ordered

2/28/22

s/Carol Bagley Amon